# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jason Johnson, ) | |
| ) | |
| Plaintiff, ) | Case No.: 16 cv 9824 |
| ) | |
| v. ) | Judge John J. Tharp, Jr. |
| ) | |
| City of Chicago, Chicago Police Officers ) | |
| Peter Theodore, Star No.: 10523, Joseph ) | |
| Treacy, Star No.: 17619 and Rocco ) | |
| Pruger, Star No.: 15445, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on February 9, 2017, the undersigned filed with the Clerk of this Court, **PLAINTIFF'S AMENDED COMPLAINT** service of which is being made upon you.

s/Edward M. Fox
Edward M. Fox

ED FOX & ASSOCIATES, LTD.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## PROOF OF SERVICE

I, Edward M. Fox, an attorney, under penalty of perjury, and state that on February 9, 2017, service is being made in accordance with the General Order on Electronic Case Filing section XI.

s/Edward M. Fox
Edward M. Fox
